IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID LAWTON                                                                PLAINTIFF

v.                              No. 4:22-cv-340-DPM

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                              DEFENDANT

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 12*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 June 2023