IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID LAWTON                                  PLAINTIFF

v.                        No. 4:22-cv-340-DPM

KILOLO KIJAKAZI, Commissioner
Social Security Administration                  DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*D.P. Marshall Jr.*
United States District Judge

16 June 2023