IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID LAWTON                                                                PLAINTIFF

v.                              No. 4:22-cv-340-DPM

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                              DEFENDANT

## ORDER

The Commissioner opposes parts of Lawton's fee petition. The Court agrees that the request is excessive as to tasks that could have been done by a paralegal. A one-half-hour reduction is appropriate. The Court also agrees that the filing fee is a cost, not an expense. No other reductions or changes are needed. The fee petition, *Doc. 15*, is granted as modified. The Court awards $7,816.25—a reasonable attorney's fee of $7,414.25 and $402 in costs—payable directly to Lawton. The check should be mailed to Lawton's lawyer.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2023